UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JUSTIN BOWMAN,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY, PRESIDENT TERESA WOODRUFF, VICE PRESIDENT MARLON LYNCH, MICHIGAN STATE UNIVERSITY POLICE AND PUBLIC SAFETY, CHIEF JOHN PRUSH, MICHIGAN STATE INFRASTRUCTURE PLANNING AND FACILITIES, and DAN BOLLMAN, in their individual capacity,

    Defendants.

Case No. 1:25-CV-00162

Hon. Paul L. Maloney

| Nora Y. Hanna (P80067) | Scott R. Eldridge (P66452) |
|---|---|
| NORA Y HANNA PLLC | Erika L. Giroux (P81998) |
| 189 E. Big Beaver Road, Suite 207 | MILLER, CANFIELD, PADDOCK, AND |
| Troy, Michigan  48083 |    STONE, PLC |
| (877) 260-5001 | 123 West Allegan Street, Suite 200 |
| nora@nyhlaw.com | Lansing, Michigan  48933 |
| *Attorney for Plaintiff* | (517) 487-2070 |
| | eldridge@millercanfield.com |
| | giroux@millercanfield.com |
| | *Attorneys for Defendants* |

## JOINT NOTICE OF SETTLEMENT

    Plaintiff and Defendants hereby provide notice to the Court that the parties have reached an agreement that will resolve all claims in this matter and are in the process of

43675922.1/060505.00510

2

reducing that agreement to a written settlement.  The parties expect to submit dismissal papers to the Court within two weeks of the filing of this notice.

Respectfully submitted,

| | |
|---|---|
| /s/ Nora Y. Hanna (with consent) | /s/ Scott R. Eldridge |
| Nora Y. Hanna (P80067) | Scott R. Eldridge (P66452) |
| NORA Y HANNA PLLC | Erika L. Giroux (P81998) |
| 189 E. Big Beaver Road, Suite 207 | MILLER, CANFIELD, PADDOCK, AND STONE, PLC |
| Troy, Michigan  48083 | 123 West Allegan Street, Suite 200 |
| (877) 260-5001 | Lansing, Michigan  48933 |
| nora@nyhlaw.com | (517) 487-2070 |
| *Attorney for Plaintiff* | eldridge@millercanfield.com |
| | giroux@millercanfield.com |
| | *Attorneys for Defendants* |

Dated: April 18, 2025

43675922.1/060505.00510