UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN BOWMAN,

    Plaintiff,

v.

    Case No. 1:25-cv-162

MICHIGAN STATE UNIVERSITY, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Notice of Settlemet (ECF No. 5) of the agreement between the parties to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **May 20, 2025**.

Dated:  April 22, 2025

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge